## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BRIDGES, ANNETTE L | ) | CASE NO. 05-58593-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

### TRUSTEE'S FINAL REPORT

TO:    THE HONORABLE Carol A. Doyle
      BANKRUPTCY JUDGE

**GREGG SZILAGYI**, Trustee herein, respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on October 15, 2005. GREGG SZILAGYI was appointed Trustee on October 15, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $85,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's final account as of October 24, 2006 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 144,319.72 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 96,654.95 |
| c. | NET CASH available for distribution | $ 47,664.77 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.    Trustee compensation requested | $10,465.99 |

| | | | |
|---|---|---|---|
| 2. | Trustee Expenses | | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee | | |
| | (a) | JOSEPH BALDI & ASSOCIATES Attorney for Trustee Fees (Other Firm) | 7,186.95 |
| | (b) | POPOWCZER KATTEN Accountant for Trustee Fees (Other Firm) | 1,144.00 |

5.    The Bar Date for filing unsecured claims expired on April 13, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $18,796.94 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $86,623.40 |

7.    Trustee proposes that unsecured creditors receive a distribution of 33.33% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees (Other Firm), JOSEPH BALDI & ASSOCIATES requested but not yet allowed is $7186.95. Accountant for Trustee Fees (Other Firm), POPOWCZER KATTEN requested but not yet allowed is $1144.00 . The total of Chapter 7 professional fees and expenses requested for final allowance is $8,330.95.

9.    A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11

U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE    November 16, 2006            /s/ GREGG SZILAGYI
                                     **GREGG SZILAGYI**, Trustee


GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:    (312) 346-8380
Facsimile:    (312) 346-8434

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

The Estate consisted primarily of three pieces of real estate, two residences and a commercial property. The Trustee investigated the value of each and determined that the residences had no value to the estate (one was abandoned by order of court, the other was foreclosed on after the automatic stay was modified), and the commercial property was of potential value. The Trustee marketed and sold the commercial property for more than its scheduled value. This sale will enable the Trustee to make a distribution to unsecured creditors in this case. The Trustee's tasks are summarized below:

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

A more detailed description of the Trustee's tasks is attached to his application for compensation.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                    Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

See Form 1, attached

TOTAL RECEIPTS                          $144,319.72

TOTAL SCHEDULED
    VALUE OF PROPERTY
    ABANDONED                           $85,000.00

TOTAL SCHEDULED VALUE
    OF EXEMPT PROPERTY                  $513,738.00

EXHIBIT B

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 05-58593 | CAD | Judge: | Carol A. Doyle |
|---|---|---|---|---|
| Case Name: | ANNETTE L BRIDGES | | | |
| For Period Ending: | 10/24/2006 | | | |

| Trustee Name: | GREGG SZILAGYI |
|---|---|
| Date Filed (f) or Converted (c): | 10/15/2005 (f) |
| 341(a) Meeting Date: | 2/23/2006 |
| Claims Bar Date: | 4/13/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 6514 S. Western Avenue, Chicago, IL | 98,208.00 | Unknown | | 144,000.00 | FA |
| 2 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 319.72 | Unknown |
| 3 | REAL ESTATE -- 19030 AMBLIN LANE | 320,000.00 | Unknown | DA | 0.00 | Unknown |
| 4 | REAL ESTATE -- 16 W 104TH STREET | 85,000.00 | Unknown | OA | 0.00 | Unknown |
| 5 | CHECKING, SAVINGS, ETC. - BANK ONE | 10.00 | Unknown | DA | 0.00 | Unknown |
| 6 | DEPOSIT - COMED | 300.00 | Unknown | DA | 0.00 | Unknown |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | Unknown | DA | 0.00 | Unknown |
| 8 | WEARING APPAREL | 500.00 | Unknown | DA | 0.00 | Unknown |
| 9 | STOCK - 100% OF RIB INN | 90.00 | Unknown | DA | 0.00 | Unknown |
| 10 | AUTOMOBILE -- 2000 GM SAVANNAH | 7,130.00 | Unknown | DA | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)          $513,738.00       $0.00          $144,319.72

Gross Value of Remaining Assets   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| Initial Projected Date of Final Report (TFR): | // | Current Projected Date of Final Report (TFR): | // |
|---|---|---|---|

Trustee's Signature:   /s/ GREGG SZILAGYI        Date: 10/24/2006

GREGG SZILAGYI

05-58593:36.1:Motion to Abandon:Proposed Order Entered: 3/15/2006 11:04:37 AM by:Elizabeth Berg

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-58593 |
| Annette Bridges, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date: April 4, 2006 |
| | ) | Time: 10:00 a.m. |
| | ) | Routine Motion |

### Order Authorizing Trustee to Abandon Estate's Interest in Real Estate
### Located at 19030 Amlin Lane, Country Club Hills, IL

This Cause comes before the Court on the Trustee's Routine Motion for the Entry of an Order Approving Abandonment of Estate's Interest in Real Estate ("Motion"), due notice having been given and the Court being fully advised in the premises;

**NOW , THEREFORE, IT IS HEREBY ORDERED** that:

1.     Trustee is authorized to abandon the Estate's interest in the real property located at 19030 Amlin Lane, Country Club Hills, Illinois as burdensome and of inconsequential value and benefit to the Estate; and

2.     Trustee is authorized to execute any and all documents as may be necessary to implement the abandonment of the Estate's interest in the real property approved in this Order

Dated: April 4, 2006

ENTER:

*Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID 6200886
Joseph A. Baldi & Associates, P.C.
Suite 1500
19 South LaSalle Street
Chicago, Illinois 60603
(312) 726-8150

## CASH RECEIPTS AND DISBURSEMENTS

EXHIBIT C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  05-58593
Case Name:  ANNETTE L BRIDGES

Taxpayer ID No:  XX-XXX3952
For Period Ending:  10/24/2006

Trustee Name:  GREGG SZILAGYI
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX4080 - MONEY MARKET
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 1/18/2006 | | LOUIS KOCSIS | EARNEST MONEY PURCHASE OF 6514 S. W | 1110-000 | 1,000.00 | | 1,000.00 |
| 1/18/2006 | 1 | LOUIS KOCSIS | PURCHASE OF 6514 S. WESTERN | 1110-000 | 46,561.93 | | 47,561.93 |
| | | | REAL ESTATE - 6514 S. Western Avenue, Chicago, IL | 1110-000 | 144,000.00 | | |
| | | PARKWAY BANK AND TRUST | PAYOFF PARKWAY BANK AND | 4110-000 | (88,591.09) | | |
| | | PARKWAY BANK AND TRUST | TRUST | | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | PAYOFF ILLINOIS DEPT OF | 4700-000 | (1,350.00) | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | REV LIEN | | | | |
| | | TICOR TITLE COMPANY | TITLE CHARGES | 2500-000 | (974.50) | | |
| | | TICOR TITLE COMPANY | | | | | |
| | | COOK COUNTY AND STATE OF ILLINOIS | TRANSFER STAMPS | 2500-000 | (187.50) | | |
| | | COOK COUNTY AND STATE OF ILLINOIS | | | | | |
| | | LOUIS KOCSIS | REAL ESTATE TAX CREDIT | 2500-000 | (5,134.98) | | |
| | | LOUIS KOCSIS | | | | | |
| | | TICOR TITLE COMPANY | TITLE SURVEY | 2500-000 | (200.00) | | |
| | | TICOR TITLE COMPANY | | | | | |
| 1/31/2006 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.99 | | 47,568.92 |
| 2/9/2006 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 151.88 | 47,417.04 |
| 2/28/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.83 | | 47,450.87 |
| 3/31/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.30 | | 47,491.17 |
| 4/28/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.03 | | 47,530.20 |
| 5/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.37 | | 47,570.57 |
| 6/30/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.10 | | 47,609.67 |
| 7/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.44 | | 47,650.11 |
| | | | Page Subtotals | | 47,801.99 | 151.88 | |

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58593
Case Name: ANNETTE L BRIDGES

Taxpayer ID No: XX-XXX9952
For Period Ending: 10/24/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4080 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 8/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.47 | | 47,690.58 |
| 9/29/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.19 | | 47,729.77 |
| 10/23/2006 | | Transfer to Acct#XXXXXX4213 | Transfer of Funds | 9999-000 | | 65.00 | 47,664.77 |

COLUMN TOTALS 47,881.65 | 216.88 | 47,664.77
Less: Bank Transfers/CD's 0.00 | 65.00
Subtotal 47,881.65 | 151.88
Less: Payments to Debtors 0.00 | 0.00
Net 47,881.65 | 151.88

Page Subtotals 79.66 | 65.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58593
Case Name: ANNETTE L BRIDGES

Taxpayer ID No: XX-XXX9952
For Period Ending: 10/24/2006

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX4213 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/2006 | | Transfer from Acct#XXXXXX4080 | Transfer of Funds | 9999-000 | 65.00 | | 65.00 |
| 10/23/2006 | 002001 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19009 SPRINGFIELD, ILLINOIS 62794-9009 | 2006 IL-1041-V | 2820-000 | | 65.00 | 0.00 |

|  | | | COLUMN TOTALS | | 65.00 | 65.00 | 0.00 |
|  | | | Less: Bank Transfers/CD's | | 65.00 | 0.00 | |
|  | | | Subtotal | | 0.00 | 65.00 | |
|  | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
|  | | | Net | | 0.00 | 65.00 | |

|  | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|  | | | MONEY MARKET - XXXXXX4080 | 47,881.65 | 151.88 | 47,664.77 |
|  | | | CHECKING ACCOUNT - XXXXXX4213 | 0.00 | 65.00 | 0.00 |
|  | | | TOTAL OF ALL ACCOUNTS | 47,881.65 | 216.88 | 47,664.77 |
|  | | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

|  | | | Page Subtotals | | 65.00 | 65.00 | |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                          )      Case No. 05-58593
                                               )      Chapter 7
Annette L. Bridges,                            )      Hon. Carol A. Doyle
                                               )
                        Debtor.                )      Hearing Date: January 11, 2006
                                               )      Time: 10:00 a.m.
                                               )              30

Order Authorizing Trustee to Sell Real Estate and Related Equipment
Free and Clear of Liens, Claims and Interests

THIS CAUSE comes before this Court on the Trustee's Application for Authority

to Sell Real Estate and Related Equipment Free and Clear of Liens, Claims and

Interests ("Application"), due notice having been given; and the Court being fully advised

in the premises:

IT IS HEREBY ORDERED:

a)      Trustee is authorized to sell the Estate's right, title and interest in

the Property commonly known as 6514 S. Western Avenue, Chicago, Illinois and the

Restaurant Equipment described in the Application to Louis Kocsis for the aggregate

price of $144,000.00 pursuant to the terms of the Sales Contract;

b)      Trustee is authorized to sell the Property and Restaurant

Equipment to Purchaser free and clear of all liens, claims and interest, including the

disputed lien of Allied Waste North America, Inc. ("Allied"), with all such liens, claims and

interests to attach to the proceeds of sale;

c)      Trustee is authorized to execute any and all documents necessary

or proper to close the sale of the Property and Restaurant Equipment and transfer title of

same to Purchaser;

d)      Trustee is authorized to pay from or provide a credit against the

proceeds of sale the amounts due and owing on account of the Parkway Bank

mortgage, the non-penalty portion of the IDOR Claim in the amount of $1,350.00, any other valid liens or encumbrances, real estate taxes, and all other customary costs of sale for which Trustee is responsible under the terms of the Sales Contract; and

     e)     Trustee is authorized to create a reserve from the proceeds of sale for the disputed Allied Judgment Lien to be disbursed on further order of court;

     f)     Trustee is authorized to deposit the remaining net proceeds in the Estate 's bank account; and

     g)     The notice of this Application previously provided is found adequate under the circumstances and further notice is waived for cause shown.

Dated: January 17, 2006       ENTER:

 

The Honorable Carol A. Doyle
United States Bankruptcy Judge

Joseph A. Baldi
Atty I.D. #00100145
Elizabeth C. Berg
Atty I.D. #6200886
Joseph A. Baldi & Associates
19 S. LaSalle Street
Suite 1500
Chicago IL 60603
312/726-8150

2

Form ntcftfc7

# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:

Annette L Bridges
19030 Amlin Lane
Country Club Hills, IL 60478

SSN: xxx–xx–6365 EIN: N.A.

Case No. :    05–58593

Chapter :    7

Judge :    Carol A. Doyle

Debtor's Attorney:
Robert R Benjamin
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604

312–540–7000

Trustee:
Gregg E Szilagyi
Ungaretti & Harris
Three First National Plaza Ste 3500
Chicago, IL 60602

312 977–4400

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *October 15, 2005* .

1. *April 13, 2006* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 13, 2006* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: January 12, 2006

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

# BAE SYSTEMS

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0752-1        User: plyon           Page 1 of 1              Date Rcvd: Jan 12, 2006
Case: 05-58593             Form ID: ntcftfc7      Total Served: 38

The following entities were served by first class mail on Jan 14, 2006.
| | |
|---|---|
| db | +Annette L Bridges,   19030 Amlin Lane,   Country Club Hills, IL 60478-5797 |
| aty | +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,   Chicago, IL 60603-1413 |
| aty | +Francis J. Pendergast, III,   Crowley & Lamb,   350 N. LaSalle Street,   Suite 900,   Chicago, IL 60610-4726 |
| aty | +James M Philbrick,   Law Offices of James M. Philbrick, P.C.,   P. O. Box 351,   Mundelein, IL 60060-0351 |
| aty | +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,   Chicago, IL 60603-1413 |
| aty | +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,   Chicago, IL 60604-2686 |
| tr | +Gregg E Szilagyi,   Ungaretti & Harris,   Three First National Plaza Ste 3500,   Chicago, IL 60602-4283 |
| acc | +Lois West,   Popowcer Katten Ltd,   35 E Wacker Dr, Suite 902,   Chicago, Il 60601-2314 |
| cr | +Mid America Bank FSB,   2650 Warrenville Road,   Suite 500,   Downers Grove, IL 60515-2074 |
| 10316230 | +A & G Food,   Louis Koesis,   6943 S. State,   Chicago, IL 60637-4528 |
| 10316231 | +Bank First,   PO Box 5159,   Sioux Falls, SD 57117-5159 |
| 10316236 | CCA,   PO Box 806,   Norwell, MA 02061-0806 |
| 10316232 | +Calumet Meat Co., Inc.,   4848 W. Madison,   Chicago, IL 60644-3638 |
| 10316234 | +Card Service Center,   PO Box 9201,   Old Bethpage, NY 11804-9001 |
| 10316235 | +Cardmember Services,   PO Box 2638,   Omaha, NE 68103-2638 |
| 10316237 | +Charter One,   1 Citizens Drive,   Riverside, RI 02915-3019 |
| 10316238 | Citi Cards, Phillip 66 Gas Card,   PO Box 9140,   Des Moines, IA 50368-9140 |
| 10316239 | +Citibank SD, NA Shell,   c/o Victor & Victor Ltd.,   200 N. LaSalle St., Suite 2800,   Chicago, IL 60601-1014 |
| 10316240 | +Cross Country Bank,   PO Box 10011,   Huntington, WV 25770-0011 |
| 10316241 | +David Orr,   Cook County Clerk,   118 N. Clark Street,   Chicago, IL 60602-1394 |
| 10316242 | +Direct Merchants Bank,   Payment Center,   PO Box 17660,   Baltimore, MD 21297-1660 |
| 10316243 | First Premier Bank,   PO Box 433,   Matteson, IL 60443-0433 |
| 10316244 | +First Tennesse Bank,   c/o Natioanl Asset Recovery,   PO Box 701,   Chesterfield, MO 63006-0701 |
| 10316245 | +GMAC,   PO Box 217060,   Auburn Hills, MI 48321-7060 |
| 10316246 | +GMAC Payment Processing,   PO Box 5180,   Carol Stream, IL 60197-5180 |
| 10316247 | +Infinite Mind, LC,   c/o RMC,   2269 S. Saw Mill River Road, Bldg 3,   Elmsford, NY 10523-3839 |
| 10316248 | +Mid America Bank FSB,   1804 Centre Point Circle, #104,   PO Box 3142,   Naperville, IL 60566-7142 |
| 10316249 | +Monterey Financial Services,   PO Box 2809,   Carlsbad, CA 92018-2809 |
| 10316250 | +Mutual Hospital Services,   PO Box 663519,   Indianapolis, IN 46266-0001 |
| 10316251 | +National Waste,   2608 S. Damen,   Chicago, IL 60608-5209 |
| 10316252 | +Parkway Bank & Trust,   4800 N. Harlem Ave.,   Chicago, IL 60706-3577 |
| 10316253 | +Professional Education Institute,   7020 High Grove Blvd.,   Willowbrook, IL 60527-7637 |
| 10316254 | Providian Mastercard,   PO Box 9539,   Manchester, NH 03108 |
| 10316255 | SBC-precollect-Illinois,   c/o CCA,   PO Box 806,   Norwell, MA 02061-0806 |
| 10316256 | +Sterling Bank & Trust,   PO Box 33228,   Detroit, MI 48232-5228 |
| 10316257 | +TCF National Bank,   PO Box 1501,   Minneapolis, MN 55480-1501 |
| 10316258 | +TCF National Bank,   PO Box 1485,   Minneapolis, MN 55480-1485 |

The following entities were served by electronic transmission on Jan 13, 2006 and receipt of the transmission
was confirmed on:
| | |
|---|---|
| 10316233 | +EDI: CAPITALONE.COM Jan 13 2006 00:51:00   Capital One Services,   PO Box 60000,   Seattle, WA 98190-6000 |

TOTAL: 1

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
| | |
|---|---|
| cr | General Motors Acceptance Corporation |

TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2006                    Signature:  _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BRIDGES, ANNETTE L | ) | CASE NO. 05-58593-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

## DISTRIBUTION REPORT

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $18,796.94 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $28,867.83 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $47,664.77 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 18,796.94 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $10,465.99 | $10,465.99 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | $7,186.95 | $7,186.95 |
| | POPOWCZER KATTEN, Accountant for Trustee Fees (Other Firm) | $1,144.00 | $1,144.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| | TOTAL | FINAL |
|---|---|---|

| 5. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| | TOTAL | FINAL |
|---|---|---|

| 12. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 86,623.40 | 34.77 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | ALLIED WASTE NO. AMERICA INC DBA NA, General Unsecured 726(a)(2) | $4,518.54 | $1,571.13 |
| 000007 | CALUMET MEAT CO., INC., General Unsecured 726(a)(2) | $18,467.83 | $6,421.41 |
| 000006 | CITIBANK (SOUTH DAKOTA) NA, General Unsecured 726(a)(2) | $183.95 | $63.96 |
| 000005 | SOUTHEASTERN ASSET RECOVERY SERVICE, General Unsecured 726(a)(2) | $5,529.98 | $1,922.82 |
| 000003 | TCF NATIONAL BANK, General Unsecured 726(a)(2) | $38,749.76 | $13,473.60 |
| 000004 | TCF NATIONAL BANK, General Unsecured 726(a)(2) | $15,573.15 | $5,414.91 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000008 | MUTUAL HOSPITAL SERVICES INC, Tardy General Unsecured 726(a)(3) | $3,600.19 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§726(a)(5) - Interest              $ 0.00

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000002A | Mid America Bank FSB 2650 Warrenville Road Suite 500 Downers Grove, Illinois 60515 | 8,130.19 | Withdrawn |
| Secured | 000002B | Mid America Bank FSB 2650 Warrenville Road Suite 500 Downers Grove, Illinois 60515 | 320,000.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED _____      /s/ GREGG SZILAGYI
                                       **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ANNETTE L. BRIDGES | ) | Case No. 05-58593 |
| | ) | |
| Debtor | ) | Honorable Carol A. Doyle |

### STIPULATION WITHDRAWING MID AMERICA BANK FSB'S CLAIM

Gregg E. Szilagyi, chapter 7 trustee herein, and Mid America Bank FSB ("Claimant")

hereby stipulates and agrees as follows:

1.    The Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code on October

15, 2005, (the "Petition Date"). Gregg E. Szilagyi is the duly appointed trustee ("Trustee") in this case.

2.    On April 11, 2006, Claimant filed a secured proof of claim, designated by the Clerk of

the Court as Claim No. 2, in the amount of $328,130.19. Claimant subsequently credit bid the entire

amount of its claim at a foreclosure sale of the real property securing its claim. As a result, Claimant no

longer has a claim in this case.

3.    Claimant hereby withdraws Claim No. 2 in this case with prejudice.

Gregg E. Szilagyi, Trustee

Mid America Bank FSB
By: _____
Its: _____

LP 1080282.1  317406-65254

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ANNETTE L. BRIDGES | ) | Case No. 05-58593 |
| | ) | |
| Debtor | ) | Honorable Carol A. Doyle |

### STIPULATION ALLOWING TCF NATIONAL BANK'S CLAIMS AS GENERAL UNSECURED CLAIMS FOR PURPOSES OF DISTRIBUTION ONLY

Gregg E. Szilagyi, chapter 7 trustee herein, and TCF National Bank ("Claimant") hereby stipulates and agrees as follows:

1.      The Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code on October 15, 2005, (the "Petition Date"). Gregg E. Szilagyi is the duly appointed trustee ("Trustee") in this case.

2.      On April 11, 2006, Claimant filed a secured proof of claim, designated by the Clerk of the Court as Claim No. 3, in the amount of $38,749.76. In addition, on April 11, 2006, Claimant filed an additional secured proof of claim designated by the Clerk of the Court as Claim No. 4, in the amount of $15,573.15. As to both claims, Nos. 3 and 4, Claimant claims as its collateral mortgage liens on certain real estate (the "Collateral").

3      The Trustee is prepared to make a distribution to creditors in this case. The Trustee has not administered the Collateral and none of the funds Trustee is prepared to distribute constitute the proceeds of the Collateral.

4.      Claimant has agreed to the treatment of its claims as a general unsecured claims in the amount of $38,749.76 and $15,573.15, respectfully, for distribution purposes only.

Oct-12-06  02:13pm   From-                                                    T-988   P:04/04   F-939

5.     All of Claimant's rights and interest in the Collateral securing its claims shall remain

unimpaired.

_____          _____
Gregg E. Szilagyi, Trustee                TCF National Bank
                                          By:  MATTEO A. CRAWFORD
                                          Its:  Attorney DAVID T. COHEN & ASSOCIATES, LTD

LP 1083328 1 \31740-o5254

2

LP 1083328 1 \31740-65254