UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| BRIDGES, ANNETTE L ) | CASE NO. 05-58593-CAD | |
| ) | | |
| Debtor(s). ) | Hon. Carol A. Doyle | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court, 219 S Dearborn, Courtroom 742, Chicago, IL 60604

    On: January 10, 2007                Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                             $144,319.72

    Disbursements                                                     $96,654.95

    Net Cash Available for Distribution                         $47,664.77

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $10,465.99 | $0.00 |
| JOSEPH BALDI & ASSOCIATES<br>Attorney for Trustee (Other Firm) | $0.00 | $6981.00 | $205.95 |
| POPOWCZER KATTEN<br>Accountant for Trustee (Other Firm) | $0.00 | $1,144.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

1

6.In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.Claims of general unsecured creditors totaling $86,623.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 33.33%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | ALLIED WASTE NO. AMERICA INC DBA NA | 4,518.54 | 1,571.13 |
| 000007 | CALUMET MEAT CO., INC. | 18,467.83 | 6,421.41 |
| 000006 | CITIBANK (SOUTH DAKOTA) NA | 183.95 | 63.96 |
| 000005 | SOUTHEASTERN ASSET RECOVERY SERVICE | 5,529.98 | 1,922.82 |
| 000003 | TCF NATIONAL BANK | 38,749.76 | 13,473.60 |
| 000004 | TCF NATIONAL BANK | 15,573.15 | 5,414.91 |
| 000008 (LATE) | MUTUAL HOSPITAL SERVICES INC | 3,600.19 | 0.00 |

8.Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.Debtor (has or has not) been discharged.

11.The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 1. REAL ESTATE 19030 AMBLIN LN | $320,000.00 |
| 2. CHECKING ACCT BANK ONE | 10.00 |
| 3. DEPOSIT – COMED | 300.00 |
| 4. HOUSEHOLD GOODS | 2,500.00 |
| 5. WEARING APPAREL | 500.00 |
| 6. STOCK – RIB INN | 90.00 |
| 7. AUTO – 2000 GM SAVANNAH | 7130.00 |

                                                                                                  For the Court,

Dated: <u>November 30, 2006</u>

                                                  By:   <u>KENNETH S GARDNER</u>
                                                                     Kenneth S. Gardner
                                                                       Clerk of the U.S. Bankruptcy Court
                                                                       219 S. Dearborn Street; 7th Floor
                                                                       Chicago, IL 60604

| | |
|---|---|
| Trustee: | GREGG SZILAGYI |
| Address: | TWO NORTH LASALLE STREET |
| | SUITE 1300 |
| | CHICAGO IL 60602 |
| Phone No.: | (312) 346-8380 |

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2         Date Rcvd: Nov 30, 2006
Case: 05-58593                 Form ID: pdf002              Total Served: 45

The following entities were served by first class mail on Dec 02, 2006.
db          +Annette L Bridges,    19030 Amlin Lane,    Country Club Hills, IL 60478-5797
aty         +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
aty         +Francis J. Pendergast,    Crowley & Lamb,    350 N. LaSalle Street,    Suite 900,
              Chicago, IL 60610-4726
aty         +James M Philbrick,    Law Offices of James M. Philbrick, P.C.,    P. O. Box 351,
              Mundelein, IL 60060-0351
aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Matteo A. Crawford,    Law Office of David T. Cohen & Assoc.,    10729,   W. 159th Street,
              Orland Park, IL 60467-4531
aty         +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
              Chicago, IL 60604-2686
tr          +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
              Chicago, IL 60602-3709
acc         +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
cr          +Mid America Bank FSB,    2650 Warrenville Road,    Suite 500,    Downers Grove, IL 60515-2074
cr          +TCF NATIONAL BANK,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
10316230    +A & G Food,    Louis Koesis,    6943 S. State,    Chicago, IL 60637-4528
10668057     Allied Waste No. America Inc dba National,    Waste Services Inc,    Milton A Svec Associates,
              7112 Cermak Rd  2nd Flr,    Berwyn IL 60402-1570
10316231    +Bank First,    PO Box 5159,    Sioux Falls, SD 57117-5159
10316236     CCA,    PO Box 806,    Norwell, MA 02061-0806
10316232    +Calumet Meat Co., Inc.,    4848 W. Madison,    Chicago, IL 60644-3638
10316233    +Capital One Services,    PO Box 60000,    Seattle, WA 98190-6000
10316234    +Card Service Center,    PO Box 9201,    Old Bethpage, NY 11804-9001
10316237    +Charter One,    1 Citizens Drive,    Riverside, RI 02915-3019
10316238     Citi Cards, Phillip 66 Gas Card,    PO Box 9140,    Des Moines, IA 50368-9140
10692280    +Citibank (South Dakota) NA,    Conoco Payment Center,    4300 Westown Parkway,
              West Des Moines IA 50266-1036
10316239    +Citibank SD, NA Shell,    c/o Victor & Victor Ltd.,    200 N. LaSalle St., Suite 2800,
              Chicago, IL 60601-1014
10316240    +Cross Country Bank,    PO Box 10011,    Huntington, WV 25770-0011
10316241    +David Orr,    Cook County Clerk,    118 N. Clark Street,    Chicago, IL 60602-1394
10316242    +Direct Merchants Bank,    Payment Center,    PO Box 17660,    Baltimore, MD 21297-1660
10316243     First Premier Bank,    PO Box 433,    Matteson, IL 60443-0433
10316244    +First Tennesse Bank,    c/o Natioanl Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
10316245    +GMAC,    PO Box 217060,    Auburn Hills, MI 48321-7060
10316246    +GMAC Payment Processing,    PO Box 5180,    Carol Stream, IL 60197-5180
10316235   ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
              (address filed with court: Cardmember Services,    PO Box 2638,    Omaha, NE 68103-2638)
10316247    +Infinite Mind, LC,    c/o RMC,    2269 S. Saw Mill River Road, Bldg 3,    Elmsford, NY 10523-3848
10688622    +Mid America Bank FSB,    2650 Warrenville Road,    Suite 500,    Downers Grove, Illinois 60515-2074
10316248    +Mid America Bank FSB,    1804 Centre Point Circle, #104,    PO Box 3142,    Naperville, IL 60566-7142
10316249    +Monterey Financial Services,    PO Box 2809,    Carlsbad, CA 92018-2809
10316250     Mutual Hospital Services Inc,    St James Hospital,    PO Box 19828,    Indianapolis IN 46219-0828
10316251    +National Waste,    2608 S. Damen,    Chicago, IL 60608-5209
10316252    +Parkway Bank & Trust,    4800 N. Harlem Ave.,    Chicago, IL 60706-3577
10316253    +Professional Education Institute,    7020 High Grove Blvd.,    Willowbrook, IL 60527-7637
10316254    +Providian Mastercard,    PO Box 9539,    Manchester, NH 03108-9539
10316255     SBC-precollect-Illinois,    c/o CCA,    PO Box 806,    Norwell, MA 02061-0806
10692144    +Southeastern Asset Recovery Services,    5805 State Bridge Rd,    Ste G-202,    Duluthe GA 30097-8220
10316256    +Sterling Bank & Trust,    PO Box 33228,    Detroit, MI 48232-5228
10316257    +TCF National Bank,    PO Box 1501,    Minneapolis, MN 55480-1501
10316258    +TCF National Bank,    PO Box 1485,    Minneapolis, MN 55480-1485
10689197    +TCF National Bank,    c/o David T Cohen & Associates Ltd,    10729 W 159th St,
              Orland Park IL 60467-4531

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joseph A Baldi
acc           Popowcer Katten
aty*         +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
              Chicago, IL 60602-3709
                                                                                               TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Nov 30, 2006
Case: 05-58593               Form ID: pdf002          Total Served: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2006**                          **Signature:**    *Joseph Speetjens*