# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ANNETTE L. BRIDGES, | ) | CASE NO. 05-58593 |
| | ) | |
| Debtor | ) | Hon. CAROL A. DOYLE |
| | ) | CHIEF BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE CAROL A. DOYLE
      CHIEF BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

January 24, 2008                          Gregg Szilagyi
DATE                                      TRUSTEE

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BRIDGES, ANNETTE L | ) | CASE NO. 05-58593-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**DISTRIBUTION REPORT**

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $18,796.94 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $28,999.90 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $47,796.84 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 18,796.94 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $10,465.99 | $10,465.99 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | $7,186.95 | $7,186.95 |
| | POPOWCZER KATTEN, Accountant for Trustee Fees (Other Firm) | $1,144.00 | $1,144.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $86,623.40 | 34.93 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | ALLIED WASTE NO. AMERICA INC DBA NA, General Unsecured 726(a)(2) | $4,518.54 | $1,578.32 |
| 000007 | CALUMET MEAT CO., INC., General Unsecured 726(a)(2) | $18,467.83 | $6,450.79 |
| 000006 | CITIBANK (SOUTH DAKOTA) NA, General Unsecured 726(a)(2) | $183.95 | $64.25 |
| 000005 | SOUTHEASTERN ASSET RECOVERY SERVICE, General Unsecured 726(a)(2) | $5,529.98 | $1,931.62 |
| 000003 | TCF NATIONAL BANK, General Unsecured 726(a)(2) | $38,749.76 | $13,535.24 |
| 000004 | TCF NATIONAL BANK, General Unsecured 726(a)(2) | $15,573.15 | $5,439.68 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000008 | MUTUAL HOSPITAL SERVICES INC, Tardy General Unsecured 726(a)(3) | $3,600.19 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

- 4 -

§726(a)(5) - Interest           $ 0.00

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 000002A | Mid America Bank FSB<br>2650 Warrenville Road<br>Suite 500<br>Downers Grove, Illinois 60515 | 8,130.19 | Withdrawn |
| Secured | 000002B | Mid America Bank FSB<br>2650 Warrenville Road<br>Suite 500<br>Downers Grove, Illinois 60515 | 320,000.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   January 17, 2007                 /s/ GREGG SZILAGYI
                                                         **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC #6198555 )
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:    (312) 346-8434

05-58593:52.3:Application for Compensation:Proposed Order Entered: 11/16/2006 2:06:30 PM by:Gregg Szilagyi Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BRIDGES, ANNETTE L | ) | CASE NO. 05-58593-CAD |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee Gregg Szilagyi's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $10,465.99 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $10,465.99 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _Carol A. Doyle_
United States Bankruptcy Judge

1/10/07

*Order Prepared by:*

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434

05-58593:54.2:Application for Compensation:Proposed Order Entered: 11/16/2006 2:27:05 PM by:Gregg Szilagyi Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ANNETTE L. BRIDGES | ) | CASE NO. 05 B 58593 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |
| | ) | |

ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period October 9, 2006 through October 18, 2006 in the amount of $1,144.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

1/10/07

05-58593;53.5;Application for Compensation;Proposed Order Entered: 11/16/2006 2:14:55 PM by:Gregg Szilagyi Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Annette Bridges, | ) | Case No. 05-58593 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation     $6,981.00
2. Expenses         $ 205.95

   TOTAL            $7,186.95

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

1/10/07

# EXHIBIT B

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58593
Case Name: ANNETTE L BRIDGES
Taxpayer ID No: XX-XXX9952
For Period Ending: 2/19/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4080 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 0.00 |
| 1/18/2006 | 1 | LOUIS KOCSIS | EARNEST MONEY PURCHASE OF 6514 S. W | 1110-000 | 1,000.00 | | 1,000.00 |
| 1/18/2006 | | LOUIS KOCSIS | PURCHASE OF 6514 S. WESTERN REAL ESTATE - 6514 S. Western Avenue, Chicago, IL | 1110-000 | 46,561.93 | | 47,561.93 |
| | | PARKWAY BANK AND TRUST | PAYOFF PARKWAY BANK AND TRUST | 4110-000 | (88,591.09) | | |
| | | PARKWAY BANK AND TRUST | PAYOFF PARKWAY BANK AND TRUST | | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | PAYOFF ILLINOIS DEPT OF REV. LIEN | 4700-000 | (1,350.00) | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | | TICOR TITLE COMPANY | TITLE CHARGES | 2500-000 | (974.50) | | |
| | | TICOR TITLE COMPANY | | | | | |
| | | COOK COUNTY AND STATE OF ILLINOIS | TRANSFER STAMPS | 2500-000 | (187.50) | | |
| | | COOK COUNTY AND STATE OF ILLINOIS | | | | | |
| | | LOUIS KOCSIS | REAL ESTATE TAX CREDIT | 2500-000 | (5,134.98) | | |
| | | TICOR TITLE COMPANY | | | | | |
| | | TICOR TITLE COMPANY | TITLE SURVEY | 2500-000 | (200.00) | | |
| 1/31/2006 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.99 | | 47,568.92 |
| 2/9/2006 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 151.88 | 47,417.04 |
| 2/28/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.83 | | 47,450.87 |
| 3/31/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.30 | | 47,491.17 |
| 4/28/2006 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.03 | | 47,530.20 |
| 5/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.37 | | 47,570.57 |
| 6/30/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.10 | | 47,609.67 |
| 7/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.44 | | 47,650.11 |
| | | | Page Subtotals | | 47,801.99 | 151.88 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58593
Case Name: ANNETTE L BRIDGES
Taxpayer ID No: XX-XXX9952
For Period Ending: 2/19/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4080 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Page: 2

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 8/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.47 | | 47,690.58 |
| 9/29/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.19 | | 47,729.7 |
| 10/23/2006 | | Transfer to Acct#XXXXXXX4213 | Transfer of Funds | 9999-000 | | 65.00 | 47,664.7 |
| 10/31/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.53 | | 47,705.30 |
| 11/30/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.21 | | 47,744.5 |
| 12/29/2006 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.54 | | 47,785.0 |
| 1/10/2007 | 2 | Bank of America | Interest | 1270-000 | 11.79 | | 47,796.8 |
| 1/10/2007 | | Transfer to Acct#XXXXXXX4213 | Transfer of Funds | 9999-000 | | 47,796.84 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 48,013.72 | 48,013.72 |
| Less: Bank Transfers/CD's | 0.00 | 47,861.84 |
| Subtotal | 48,013.72 | 151.88 |
| Less: Payments to Debtors | | 0.00 |
| Net | 48,013.72 | 151.88 |

| MONEY MARKET - XXXXXXX4080 | NET DEPOSITS 48,013.72 | NET DISBURSEMENTS 48,013.72 | ACCOUNT BALANCE 0.00 |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | 48,013.72 (Excludes account transfers) | 151.88 (Excludes payments to debtors) | Total Funds o Han |

Page Subtotals   211.73   47,861.84

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58593
Case Name: ANNETTE L BRIDGES
Taxpayer ID No: XX-XXX9952
For Period Ending: 2/19/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXXX4213 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Page: 1

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | 0.00 |
| 10/23/2006 | | Transfer from Acct#XXXXXXX4080 | Transfer of Funds | 9999-000 | 65.00 | | 65.00 |
| 10/23/2006 | 002001 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19009 SPRINGFIELD, ILLINOIS 62794-9009 | 2006 IL-1041-V | 2820-000 | | 65.00 | 0.00 |
| 1/10/2007 | | Transfer from Acct#XXXXXXX4080 | Transfer of Funds | 9999-000 | 47,796.84 | | 47,796.84 |
| 1/17/2007 | 002002 | POPOWCZER KATTEN | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,144.00 | 46,652.84 |
| 1/17/2007 | 002003 | JOSEPH BALDI & ASSOCIATES 19 S. LASALLE STREET SUITE 1500 CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 7,186.95 | 39,465.89 |
| 1/17/2007 | 002004 | GREGG SZILAGYI TWO NORTH LASALLE STREET SUITE 1300 CHICAGO IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 10,465.99 | 28,999.90 |
| 1/17/2007 | 002005 | TCF NATIONAL BANK c/o David T Cohen & Associates Ltd 10729 W 159th St Orland Park IL 60527 | (Final distribution to Claim 000003, representing a Payment of 34.93% per court order.) | 7100-000 | | 13,535.24 | 15,464.66 |
| 1/17/2007 | 002006 | ALLIED WASTE NO. AMERICA INC DBA NA National Waste Services Inc Milton A Svec Associates 7112 Cermak Rd 2nd Flr Berwyn IL 60402-1570 | (Final distribution to Claim 000001, representing a Payment of 34.93% per court order.) | 7100-000 | | 1,578.32 | 13,886.34 |
| | | | Page Subtotals | | 47,861.84 | 33,975.50 | |

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58593
Case Name: ANNETTE L BRIDGES
Taxpayer ID No: XX-XXX9952
For Period Ending: 2/19/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4213 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/17/2007 | 002007 | CITIBANK (SOUTH DAKOTA) NA Conoco Payment Center 4300 Westown Parkway West Des Moines IA 50266 | (Final distribution to Claim 000006, representing a Payment of 34.93% per court order.) | 7100-000 | | 64.25 | 13,822.09 |
| 1/17/2007 | 002008 | CALUMET MEAT CO., INC. 4848 W. Madison Chicago, IL 60644 | (Final distribution to Claim 000007, representing a Payment of 34.93% per court order.) | 7100-000 | | 6,450.79 | 7,371.30 |
| 1/17/2007 | 002009 | TCF NATIONAL BANK c/o David T Cohen & Associates Ltd 10729 W 159th St Orland Park IL 60527 | (Final distribution to Claim 000004, representing a Payment of 34.93% per court order.) | 7100-000 | | 5,439.68 | 1,931.62 |
| 1/17/2007 | 002010 | SOUTHEASTERN ASSET RECOVERY SERVICE 5805 State Bridge Rd Ste G-202 Duluthe GA 30097-6477 | (Final distribution to Claim 000005, representing a Payment of 34.93% per court order.) | 7100-000 | | 1,931.62 | 0.00 |
| 4/24/2007 | 002006 | ALLIED WASTE NO. AMERICA INC DBA NA National Waste Services Inc Milton A Svec Associates 7112 Cermak Rd 2nd Flr Berwyn IL 60402-1570 | Stop payment received from ETRX | 7100-000 | | -1,578.32 | 1,578.32 |
| 10/17/2007 | 002011 | CLERK OF THE UNITED STATES BANKRUPTCY COURT 219 S. DEARBORN CHICAGO, IL 60603 | UNCLAIMED FUNDS | 2700-000 | | 1,578.32 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 47,861.84 | 47,861.84 |
| Less: Bank Transfers/CD's | 47,861.84 | 0.00 |
| Subtotal | 0.00 | 47,861.84 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 47,861.84 |

Page Subtotals    0.00    13,886.34

Page:

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58593
Case Name: ANNETTE L BRIDGES
Taxpayer ID No: XX-XXX9952
For Period Ending: 2/19/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4213 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

CHECKING ACCOUNT - XXXXXXX4213

Page Subtotals                                         0.00           0.00

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
|   | 0.00 | 47,861.84 | 0.0 |
|   | (Excludes account transfers) | (Excludes payments to debtors) |   |

TOTAL OF ALL ACCOUNTS          0.00          47,861.84          0.0

Total Funds on Han

# Bank of America

CUSTOMER CONNECTION  
BANK OF AMERICA, N.A.  
DALLAS, TEXAS  75283-2406

Account Number    3754454213  
01 01 148 06 M0000 E#        0  
Last Statement:    12/31/2007  
This Statement:    01/31/2008

ESTATE OF  
BRIDGES, ANNETTE L, DEBTOR  
GREGG SZILAGYI - TRUSTEE  
05-58593  
C/O GLOBAL GOVERNMENT BANKING  
***** TX1-492-08-16 *****

Customer Service  
1-877-757-8233

Page     1 of    2

Bankruptcy Case Number: 0558593

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2008 - 01/31/2008 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits         0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    0 | Amount of Checks | .00 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                0 | | |
| | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | .00 | .00 | 01/31 | .00 | .00 |